IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stilts, Melissa C

Printed: 8/28/07

Case Number: 06 B 14259
Judge: Goldgar, A. Benjamin
Filed: 11/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: August 17, 2007
Confirmed: June 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,364.00 |  |
| Secured: |  | 2,920.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,163.06 |
| Trustee Fee: |  | 280.46 |
| Other Funds: |  | 0.00 |
| Totals: | 5,364.00 | 5,364.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fisher & Shapiro | Administrative | 650.00 | 385.20 |
| 2. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 1,777.86 |
| 3. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 0.00 | 0.00 |
| 4. | Household Finance | Secured | 21,019.27 | 2,920.48 |
| 5. | PHH Mortgage Services F/K/A Cendant Mtg | Secured | 8,932.94 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 2,260.46 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 2,901.28 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 227.37 | 0.00 |
| 9. | Household Finance | Unsecured | 0.01 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 96.02 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 232.05 | 0.00 |
| 12. | Emergency Care Consultants | Unsecured |  | No Claim Filed |
| 13. | Home Depot | Unsecured |  | No Claim Filed |
| 14. | St James Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,319.40 | $ 5,083.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 73.63 |
| 5.4% | 206.83 |
|  | $ 280.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stilts, Melissa C

Printed:  8/28/07

Case Number:  06 B 14259
Judge:  Goldgar, A. Benjamin
Filed:  11/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*